UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MILSTEAD & ASSOCIATES, LLC
By: Michael J. Milstead  Atty. ID: 021031989
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 219660-12
Attorneys for Movant: Bank of America, N.A.

In Re:

Paul R. Ganiel and Kathleen M. Ganiel

Case No.: 17-26381-ABA
Chapter 13

Hearing Date: November 30, 2021
Time: 10:00 a.m.

Judge: Andrew B. Altenburg, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.      I, Michael J. Milstead,

☒      am the attorney for: <u>Bank of America, N.A.</u>

☐      am self-represented

Phone number: _____

Email address: _____

2.      I request an adjournment of the following hearing:

Matter: <u>Motion for Relief from Automatic Stay</u>

Current hearing date and time: <u>November 30, 2021 at 10:00 a.m.</u>

New date requested: <u>January 4, 2022 at 10:00 a.m.</u>

Reason for adjournment request: <u>Debtors are participating in a Trial Modification Plan</u>

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.      Consent to adjournment:

☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: ___November 29, 2021_____          ___/s/ Michael J. Milstead___
                                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☒ Granted      New hearing date: __1/4/2022 at 10_____          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**