| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Attorney ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 219660-12<br>Attorneys for Movant: Bank of America, N.A. | |
| In Re:<br><br>Paul R. Ganiel and Kathleen M. Ganiel | Case No.: 17-26381-ABA<br>Chapter 13<br><br>Hearing Date: April 5, 2022<br>Time: 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, <u>Michael J. Milstead,</u>

    ☒   am the attorney for: <u>Bank of America, N.A.</u>

    ☐   am self-represented

    Phone number: _____

    Email address: _____

2. I request an adjournment of the following hearing:

    Matter: <u>Motion for Relief from Automatic Stay</u>

    Current hearing date and time: <u>April 5, 2022 at 10:00 a.m.</u>

    New date requested: <u>April 19, 2022 at 10:00 a.m.</u>

    Reason for adjournment request: <u>Debtors have completed the Trial Modification and are awaiting completion of the Final Loan Modification documents.</u>

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date:  March 31, 2022                           /s/ *Michael J. Milstead*
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: April 19, 2022 @ 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**