| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Attorney ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 219660-12<br>Attorneys for Movant: Bank of America, N.A. |

| In Re: | Case No.: 17-26381-ABA |
| --- | --- |
| Paul R. Ganiel and Kathleen M. Ganiel | Chapter 13<br><br>Hearing Date: May 17, 2022<br>Time: 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, Michael J. Milstead,

   ☒ am the attorney for: Bank of America, N.A.

   ☐ am self-represented

   Phone number: _____

   Email address: _____

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Automatic Stay

   Current hearing date and time: May 17, 2022 at 10:00 a.m.

   New date requested: June 14, 2022 at 10:00 a.m.

   Reason for adjournment request: Debtors and Carrington are working to complete the execution of the final Loan Modification Agreement.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: May 13, 2022                               /s/ *Michael J. Milstead*
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __6/14/22 at 10__          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**