UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
MILSTEAD & ASSOCIATES, LLC
By: Michael J. Milstead
Attorney ID: 021031989
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 219660-12
Attorneys for Movant: Bank of America, N.A.

| In Re:<br><br>Paul R. Ganiel and Kathleen M. Ganiel | Case No.: 17-26381-ABA<br>Chapter 13<br><br>Hearing Date: June 14, 2022<br>Time: 10:00 a.m.<br><br>Judge: Andrew B. Altenburg, Jr. |
| --- | --- |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.      I, <u>Michael J. Milstead,</u>

⊠      am the attorney for: <u>Bank of America, N.A.</u>

☐      am self-represented

Phone number: _____

Email address: _____


2.      I request an adjournment of the following hearing:

Matter: <u>Motion for Relief from Automatic Stay</u>

Current hearing date and time: <u>June 14, 2022 at 10:00 a.m.</u>

New date requested: <u>July 12, 2022 at 10:00 a.m.</u>

Reason for adjournment request: <u>Debtors and Carrington are completing the execution of the final</u>

<u>Loan Modification Agreement.</u>

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☐was conducted ☐was not conducted

4.      Consent to adjournment:

☒I have the consent of all parties.      ☐I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: June 10, 2022                              /s/ *Michael J. Milstead*
                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒Granted        New hearing date: July 12, 2022 @ 10 am        ☐Peremptory

☐Granted over objection(s)    New hearing date: _____    ☐Peremptory

☐Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**