Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26381−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul R. Ganiel                           Kathleen M. Ganiel
6 Elinor Avenue                          6 Elinor Avenue
Stratford, NJ 08084                      Stratford, NJ 08084

Social Security No.:
xxx−xx−8998                              xxx−xx−5294

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 16, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 16, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Paul R. Ganiel, Sr.  
Kathleen M. Ganiel  
    Debtors

Case No. 17-26381-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Sep 16, 2022      Form ID: 148      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul R. Ganiel, Kathleen M. Ganiel, 6 Elinor Avenue, Stratford, NJ 08084-1714 |
| 516999391 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 516999399 | | Dish Network, PO Box 7203, Pasadena, CA 91109-7303 |
| 516999400 | + | Emerg Phy Assoc of S.Jersey, PC, 2620 Ridgewood Rd Ste 300, Akron, OH 44313-3527 |
| 516999402 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 516999404 | | Foot Health Centers, P.A., 52 Berlin Road, Suite 5000, Cherry Hill, NJ 08034-3573 |
| 516999406 | ++ | I C SYSTEM INC, LEGAL DEPARTMENT, PO BOX 64444, SAINT PAUL MN 55164-0444 address filed with court:, I.C. System Inc., PO Box 64378, Saint Paul, MN 55164 |
| 516999407 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 516999409 | + | Milstead & Associates, LLC, 1 E Stow Road, Marlton, NJ 08053-3118 |
| 516999411 | | Penn Credit, PO Box 1259, Oaks, PA 19456-1259 |
| 516999412 | | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516999413 | | Rowan SOM Psychiatry, PO Box 635, Bellmawr, NJ 08099-0635 |
| 516999414 | + | Select Medical Corp, 9 E Somerdale Road, Somerdale, NJ 08083-1102 |
| 516999415 | + | South Jersey Pulmonary Specialists, PA, 100 Carnie Boulevard, Voorhees, NJ 08043-4512 |
| 516999416 | + | Stellar Recovery, Inc., PO Box 48370, Jacksonville, FL 32247-8370 |
| 516999418 | + | The Endo Center at Voorhees, 93 Cooper Road, Suite 100, Voorhees, NJ 08043-4910 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516999387 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Sep 16 2022 20:34:00 | A-1 Collections, 2297 State Highway 33, Suite 906, Hamilton Square, NJ 08690-1717 |
| 516999388 | ^ | MEBN | Sep 16 2022 20:27:22 | Apex Asset Management, 2501 Oregon Pike Ste 120, Lancaster, PA 17601-4890 |
| 516999389 | | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516999390 | | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America Home Loans Servicing, LP, ATTN: Customer Service, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517216864 | + | EDI: BANKAMER2.COM | Sep 17 2022 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517118658 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 16 2022 20:33:00 | Bank of America, N.A., c/o Carrington Mortgage |

Case 17-26381-ABA    Doc 69    Filed 09/18/22    Entered 09/19/22 00:17:18    Desc Imaged
                    Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516999392 | + | Email/Text: amanda@cascollects.com | Sep 16 2022 20:34:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516999393 | | EDI: CAPITALONE.COM | Sep 17 2022 00:28:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519118612 | + | EDI: AISACG.COM | Sep 17 2022 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516999394 | + | EDI: COMCASTCBLCENT | Sep 17 2022 00:28:00 | Comcast, 1701 John F. Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 516999395 | | EDI: WFNNB.COM | Sep 17 2022 00:28:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 517208404 | + | EDI: WFNNB.COM | Sep 17 2022 00:28:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516999396 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2022 20:36:02 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516999397 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 16 2022 20:36:18 | Dell Financial Services, C/O DFS Customer Care Dept, PO Box 81577, Austin, TX 78708-1577 |
| 516999398 | | EDI: DIRECTV.COM | Sep 17 2022 00:28:00 | Directv, PO Box 6550, Englewood, CO 80155-6550 |
| 517195828 | + | EDI: AIS.COM | Sep 17 2022 00:28:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516999399 | | EDI: DISH | Sep 17 2022 00:28:00 | Dish Network, PO Box 7203, Pasadena, CA 91109-7303 |
| 516999401 | | Email/Text: bknotice@ercbpo.com | Sep 16 2022 20:34:00 | Enhanced Recovery Co., LLC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516999402 | ^ | MEBN | Sep 16 2022 20:30:00 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 516999403 | | EDI: BLUESTEM | Sep 17 2022 00:28:00 | Fingerhut Credit Account Services, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 516999405 | ^ | MEBN | Sep 16 2022 20:30:08 | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 516999406 | | EDI: LCIICSYSTEM | Sep 17 2022 00:28:00 | I.C. System Inc., PO Box 64378, Saint Paul, MN 55164 |
| 517139485 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2022 20:36:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517137152 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2022 20:36:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516999408 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2022 20:36:00 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517157971 | | EDI: PRA.COM | Sep 17 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516999410 | + | EDI: RMSC.COM | Sep 17 2022 00:28:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517174934 | | EDI: Q3G.COM | Sep 17 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518139199 | + | Email/Text: bncmail@w-legal.com | Sep 16 2022 20:34:00 | SYNCHRONY BANK, C/O WEINSTEIN & |

Case 17-26381-ABA   Doc 69   Filed 09/18/22   Entered 09/19/22 00:17:18   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 53 |

| 518139200 | + Email/Text: bncmail@w-legal.com | Sep 16 2022 20:34:00 | RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| --- | --- | --- | --- |
| 516999417 | EDI: RMSC.COM | Sep 17 2022 00:28:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517000211 | + EDI: RMSC.COM | Sep 17 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516999419 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 16 2022 20:34:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517163448 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 16 2022 20:33:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517814621 | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:03 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517033790 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 16 2022 20:36:11 | U.S. Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 517110534 | + EDI: AIS.COM | Sep 17 2022 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516999420 | + EDI: VERIZONCOMB.COM | Sep 17 2022 00:28:00 | Verizon, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517142326 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 16, 2022 | Form ID: 148 | Total Noticed: 53 |

| | |
|---|---|
| | on behalf of Creditor Carrington Mortgage Services LLC as servicing agent for Bank of America, N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael J. Milstead | on behalf of Creditor Bank of America N.A. bkecf@milsteadlaw.com, bkecf@milsteadlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Rex J. Roldan | on behalf of Joint Debtor Kathleen M. Ganiel roldanlaw@comcast.net roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Paul R. Ganiel roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10